**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF MISSOURI**
**WESTERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | No. 13-00247-01-CR-W-DW |
| EDWARD L. GARLOCK, JR., | ) ) | |
| Defendant. | ) | |

**ORDER**

Before the Court is Magistrate Judge Sarah W. Hays' Report and Recommendation (Doc. 27) as to Defendant Edward L. Garlock Jr.'s entry of a plea of guilty to Count One of the Indictment. Neither party filed objections to the Report and Recommendation. Upon review, the Court accepts the recommendation and adopts the Magistrate Judge's findings of fact and conclusions of law. Accordingly, IT IS ORDERED that:

1. The Magistrate Judge's Report and Recommendation (Doc. 27) be attached to and made a part of this Order; and

2. Defendant's plea of guilty is accepted and Defendant is adjudged guilty.

SO ORDERED.

Date: May 28, 2014  _____/s/ Dean Whipple_____
Dean Whipple
United States District Judge